## BACON FRUIT COMPANY *v.* BLESSING.

SIMMONS, C. J. 1. A local custom of merchant brokers, charging $10 per car on goods bought by them for sale from shippers, is not binding on a non-resident shipper unless it be shown that he had knowledge of such custom and consented to the same. See *Horan* v. *Strachan*, 86 *Ga.* 408 ; *Miller* v. *Moore*, 83 *Ga.* 684.

2. Where one buys produce from another who lives in a foreign State, and agrees to pay the market price of such produce existing in two certain towns, naming them, it is inadmissible for the purchaser, in a suit brought by the seller for the price of the produce, to prove the market price in a town not named in the contract, though such town be within a distance of ten miles of one of the towns specified. Having agreed to pay the market price of the two towns named, the purchaser is bound thereby.

*Judgment affirmed. All the Justices concur.*

Argued February 3, — Decided March 7, 1905.

Complaint. Before Judge Reid. City court of Atlanta. April 29, 1904.

*Mayson, Hill & McGill*, for plaintiff in error.
*Moore & Pomeroy*, contra.